IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MILA US INC, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § <br><br> Case No. 1:25-cv-1359-ADA |

# **SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| 12/8/2025[1] | Plaintiff serves preliminary[2] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.*, the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| 12/22/2025 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| 12/29/2025 | Deadline to file a motion for transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. |
| 1/15/2026 | Plaintiff to further narrow the scope of the asserted claims to no more than 90 total. |
| 2/2/2026 | Defendant shall produce technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 3/2/2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted |

---

[1] Deadline previously set by Dkt. No. 20.

[2] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and that the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Deadline | Item |
|---|---|
| | claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce all prior art referenced in the invalidity contentions. |
| 3/9/2026 | Parties exchange claim terms for construction. |
| 3/23/2026 | Parties exchange proposed claim constructions. |
| 4/2/2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[3] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced.<br><br>Defendant to elect no more than 90 total prior art references and systems. For clarity, these limits apply to references specifically asserted as invalidating under 35 U.S.C. §§ 102 or 103, and do not apply to references used to establish the state of the art. |
| 4/9/2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 4/16/2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 5/6/2026 | Plaintiff files Responsive claim construction brief. |
| 5/20/2026 | All parties who have filed a motion to transfer shall provide the Court with a status report indicating whether the motion has been fully briefed at each of the following times: 1) when the motion to transfer becomes ready for resolution,; 2) at **4 weeks before the Markman hearing date if the motion to transfer remains unripe for resolution**; and 3) if there are multiple Markman hearings, the status report is due 6 weeks before the first scheduled Markman hearing. In addition, if by 1 week before the Markman hearing the Court has not ruled on any pending motion to transfer, the moving party is directed to email the Court's law clerk (and the technical advisor, when appointed), and indicate that the motion to transfer is pending. |
| 5/20/2026 | Defendant files Reply claim construction brief.<br><br>Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution |
| 6/4/2026 | Plaintiff files Sur-Reply claim construction brief. |

---

[3] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Deadline | Item |
|---|---|
| 6/8/2026 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the technical advisor (if appointed). |
| 6/11/2026 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| 6/18/2026[4] | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| 6/22/2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 6/29/2026 | Deadline to add parties. |
| 7/13/2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 9/7/2026 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.). |
| 11/16/2026 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| 12/14/2026 | Close of Fact Discovery |
| 12/21/2026 | Opening Expert Reports |
| 1/18/2027 | Rebuttal Expert Reports |
| 2/8/2027 | Close of Expert Discovery |
| 2/15/2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 2/22/2027 | Dispositive motion deadline and Daubert motion deadline.<br><br>*See* OGP Note #9 regarding providing copies to the Court and technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A |

---

[4] All deadlines hereafter follow the original Markman hearing date and do not change if the Court delays the Markman hearing.

| Deadline | Item |
|---|---|
| | Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consentand-reference-civil-action-magistrate-judge. |
| 3/8/2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 3/22/2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 3/22/2027 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| 3/29/2027 | Serve objections to rebuttal disclosures; file motions *in limine*.. |
| 4/5/2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days |
| 4/12/2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions *in limine*. |
| 4/19/2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 4/23/2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 4/26/2027 | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| 5/17/2027[5] | **Jury Selection/Trial.** |

SIGNED on December 23, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[5] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-Markman that are consistent with the Court's default deadlines in light of the actual trial date.