# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| MILA US INC, | |
| Plaintiff, | Case No.  1:25-cv-1359-ADA |
| v. | **JURY TRIAL DEMANDED** |
| NVIDIA CORPORATION, | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Standing Order Governing Proceedings (OGP)—Patent Cases,

Plaintiff Mila US Inc and Defendant NVIDIA Corporation hereby submit the following Joint

Claim Construction Statement.

## I.      Undisputed Constructions

| # | Term | Agreed Construction |
|---|------|---------------------|
| 1 | "processes"<br><br>'975 Patent, Claims 1, 18 | Plain and ordinary meaning. |

## II.     Disputed Constructions[1]

| # | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|------|-----------------------------------|-----------------------------------|
| 2 | "a memory interface block"<br><br>'578 Patent, Claim 14 | No construction necessary. The claim term does not invoke § 112, ¶ 6.<br><br>Alternatively, should § 112, ¶ 6 apply:<br><br>Functions: "transfer a predetermined data unit received at said data input from said array controller to a plurality of different memory locations in said memory via said at least one data bus so that a copy of said predetermined data unit is stored in each of said plurality of different memory locations," | This term is subject to 112 ¶ 6.<br><br>Function: "a memory interface block configured to transfer a predetermined data unit received at said data input from said array controller to a plurality of different memory locations in said memory via said at least one data bus so that a copy of said predetermined data unit is stored in each of said plurality of different memory locations to substantially simultaneously and to at least partially control said memory to transfer data from said memory to one or more of said plurality of processor units" |

---

[1] Defendant NVIDIA Corporation had proposed the terms "third hardware functional unit" ('975 Patent, Claim 5) and "data transferor" ('048 Patent, Claims 29, 40) for construction.  Plaintiff Mila has since dropped the claims in which those terms appear.

| # | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|------|-----------------------------------|-----------------------------------|
|  |  | "partially control said memory transfer data from said memory to one or more of said plurality of processor units," and "transfer said predetermined data unit into said plurality of different memory locations substantially simultaneously."<br><br>Structure: memory interface block 37 (FIGs. 2, 3, 6:10 – 7:18, 7:43-67, 9:1-14, 10:29 – 11:19, 12:54 – 13:39, 14:7-31, 15:4-23, 15:33 – 16:34, 16:58-61, and 17:34-37), and/or corresponding figures and equivalents thereof. | Structure: No corresponding structure (*indefinite*) |
| 3 | "wherein the plurality of image tiles are generated [from the at least one of the plurality of images] when the plurality of DMA channels perform the fetching"<br><br>'296 Patent, Claims 1, 21[2] | No construction necessary. Plain and ordinary meaning. | "wherein the plurality of image tiles are generated [from the at least one of the plurality of images] at the moment of the plurality of DMA channels performing the fetching"<br><br>Alternatively: "wherein the plurality of image tiles are generated [from at least one of the plurality of images] during or as part of the plurality of DMA channels performing the fetching" |
| 4 | Preamble: "A data transmitter disposed between a data processor and a display device, the data transmitter comprising:" | The preamble is not limiting.<br><br>No construction necessary. | The preamble is limiting. |

---

[2] Claim 21 adds the text in brackets.

| # | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|------|-----------------------------------|-----------------------------------|
| | '436 Patent, Claim 1 | | |
| 5 | "setting data" and "device data"<br><br>'436 Patent, Claim 1 | Not *Indefinite.*<br><br>No construction necessary. | *Indefinite.* |
| 6 | "a low-speed transmission unit configured to relay and transmit . . . and receive . . . data"<br><br>'436 Patent, Claim 1 | No construction necessary. The claim term does not invoke § 112, ¶ 6.<br><br>Alternatively, should § 112, ¶ 6 apply:<br>Functions: relay and transmit secondary data between a data processor and a display device in a low-speed mode, and receive backward data from a display device in a low-speed mode.<br><br>Structure: logical unit 200 and physical unit 210 or low-speed transmission unit 320 (Fig. 2, 3a, 1:63 – 2:2, 2:10-15, 4:60 – 5:49, 5:55 – 6:3, 6:13-29, 6:35 – 7:9, 7:23-35, 8:60 – 9:39), and/or corresponding figures and equivalents thereof. | *Indefinite.* |
| 7 | Preamble: "A main processor, being coupled to at least one application processor and controlling an operation of the application processor, the main processor comprising:"<br><br>'136 Patent, Claim 9 | Preamble not limiting. No construction necessary. | The preamble is limiting. |
| 8 | Preamble: "A code data error correcting method by a main processor included in a digital processing device, | The preamble is not limiting. No construction necessary. | The preamble is limiting. |

3

| # | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|------|-----------------------------------|-----------------------------------|
| | the device comprising a main processor and at least one application processor, the method comprising:"<br><br>'136 Patent, Claim 20 | | |
| 9 | Preamble: "A sequencer controlled system for a system-on-chip (SoC) integrated circuit design, comprising:"<br><br>'975 Patent, Claim 1 | Preamble is not limiting. No construction necessary. | The preamble is limiting. |
| 10 | "the status information consisting of…"<br><br>'975 Patent, Claims 1, 18 | No construction necessary. Plain and ordinary meaning. | "the status information limited to available direct memory access (DMA) transfer channels and others selected from among the following three items: processes [running on said SoC], available memory area for storage, and available processing power" |
| 11 | "embedded processor"<br><br>'975 Patent, Claim 1 | No construction necessary. Plain and ordinary meaning. | "A processor on said SoC" |

4

Dated:  June 8, 2026

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Raymond Hasenour (TX Bar No. 24059910)
shasenour@bclgpc.com
Jonathan Yim (NY SBN 5324967)
jyim@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Scott Kolassa (NY SBN 4308409)
skolassa@bclgpc.com
Amy Hayden (CA SBN 287026)
ahayden@bclgpc.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 951-0100

***Counsel for Plaintiff***
***MILA US INC***


 */s/ Matthew Stephens*
Brian C. Nash (TX Bar No. 24051103)
Regan J. Rundio (TX Bar No. 24129261)
Elizabeth C. Knuppel (TX Bar No. 24132929)
**MORRISON & FOERSTER LLP**
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0654
BNash@mofo.com
RRundio@mofo.com
BKnuppel@mofo.com

Daralyn J. Durie (pro hac vice to be filed)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
DDurie@mofo.com
ALee@mofo.com

5

Matthew R. Stephens (TX Bar No. 24129261)
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel.: (858) 720-5100
Fax: (858) 720-5125
MStephens@mofo.com

Ryan Malloy (pro hac vice to be filed)
Zach B. Quinlan (pro hac vice to be filed)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel.: (213) 892-5200
RMalloy@mofo.com
ZQuinlan@mofo.com

James F. Mack (CA Bar No. 322056)
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Tel.: (650) 813-5600
JMack@mofo.com

***Counsel for Defendant***
***NVIDIA CORPORATION***

6

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing

document via the Court's CM/ECF system on June 8, 2026.


/s/ Brett Cooper
Brett E. Cooper


## **CERTIFICATE OF CONFERENCE**

The Parties have complied with the meet and confer requirement and the foregoing

document is filed jointly.

/s/ Brett Cooper
Brett E. Cooper

7