Case 1:25-cv-01359-ABD Document 53-1 Filed 07/22/26 Page 2 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MILA US INC., | § | |
| Plaintiff, | § | |
| v. | § | Case No. 1:25-cv-1359-ABD |
| NVIDIA CORPORATION, | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT NVIDIA CORPORATION'S UNOPPOSED MOTION FOR THE COURT TO ISSUE LETTERS OF REQUEST (LETTERS ROGATORY) UNDER THE HAGUE CONVENTION**

Before the Court is Defendant's Unopposed Motion for the Court to Issue Letters of Request (Letters Rogatory) Under the Hague Convention. The Court, having considered the same, is of the opinion the motion should be GRANTED. Accordingly, it is hereby:

ORDERED that the Clerk of this Court authenticate the Court's signatures on the issued Letters of Request under the seal of this Court and send the original signed and sealed executed Letters of Request, and two certified copies of each of the signed and sealed executed Letters, to the Republic of Korea's designated Central Authority for receiving Letters of Request at the following address:

National Court Administration
Attn: Director of International Affairs
Seocho-daero 219
Seocho-gu
Seoul 06590
Republic of Korea
Tel: +82 (2) 3480 1734

Dated: 7/29/26

Honorable Andrew B. Davis
United States District Judge