UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:25-cv-01359

**Mila US Inc,**
*Plaintiff,*
v.
**NVIDIA Corporation,**
*Defendant.*

## ORDER SETTING MARKMAN HEARING

The above entitled and numbered case is set for a Markman Hearing at which all parties and counsel must appear:

**November 4, 2026, at 10:00 a.m.**
Before the Hon. Andrew Davis
Courtroom 1
United States Courthouse
501 West Fifth Street
Austin, TX 78701

*So ordered by the Court on October 1, 2026.*

ANDREW DAVIS
United States District Judge